IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HALLMARK LICENSING, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　Defendants. | No. 23-cv-00211<br><br>Judge John F. Kness |

**FINAL JUDGMENT ORDER**

IT IS HEREBY ORDERED THAT judgment is entered in favor of Plaintiff Hallmark Licensing, LLC (hereinafter, the "Hallmark" or "Plaintiff") and against all Defendants identified in the attached Schedule A who have not otherwise been dismissed from this action (collectively, the "Defaulting Defendants")

IT IS FURTHER ORDERED that:

1.　　　　Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

　　　　a.　　　　using certain federally registered trademarks (the "HALLMARK Trademarks"), or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Hallmark product ("Hallmark Product"), or not authorized by Hallmark to be sold in connection with the HALLMARK Trademarks. The HALLMARK Trademarks pertinent to this Order are listed in the following chart:

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 380,596 | HALLMARK | For: Greeting cards in classes 9, 16, 28 |
| 6,013,810 | HALLMARK | For: Gift books featuring recipes, inspirational and personalized content, and movie themes; Story books in class 16 |
| 4,814,915 | HALLMARK | For: plush toys in class 28 |
| 4,664,608 | HALLMARK | For: Decorative magnets in class 9 |
| 5,033,265 | HALLMARK | For: gift enclosure cards; plastic wrap and plastic film for packaging, bags made of cellophane paper; pre-printed paper gift tags in class 16<br><br>For: household containers for holding flowers; vase decorations made of ceramic, porcelain, or glass; decorative ornaments made of ceramic; figurines made of ceramic, porcelain or glass; mugs; vases in class 21 |
| 916,900 | HALLMARK | For: Furnishing advertising material in the form of posters, television commercials, display pieces and signs in class 35 |
| 5,794,656 | HALLMARK | For: Shirts; Socks in class 25 |
| 525,798 | Hallmark (stylized with crown) | For: Greeting cards in classes 9, 16, 28 |
| 5,794,657 | Hallmark (stylized with crown) | For: Shirts; Socks in class 25 |
| 5,858,356 | Hallmark (stylized with crown) | For: Stencils in class 16 |

2

| | | |
|---|---|---|
| 5,587,711 | Hallmark | For: craft kits comprised primarily of felt materials in class 24<br><br>For: kits comprised primarily of stitching implements and embroidery; kits comprised primarily of stamped embroidery in class 26 |
| 5,499,357 | Hallmark | For: Decorative glass jars in class 21 |
| 3,634,799 | Hallmark | For: Christmas tree ornaments in class 28 |
| 2,457,248 | Hallmark | For: Decorative pillows; in class 20 |
| 2,469,522 | Hallmark | For: Dinnerware, namely, plates, bowls, cups, platters, mugs, salt and pepper shakers; beverage glasses; butter dishes; paper cups and paper plates; vases in class 21 |
| 2,469,521 | Hallmark | For: Blankets; towels in class 24 |
| 864,077 | Hallmark | For: Cups; plates; nut cups; treat bags; merchandise bags, all made of paper in classes 6, 13, 14, 15, 16, 18, 20, 21, 22, 34<br><br>For: Cord and yarn ties in class 22<br><br>For: Face masks and monster heads for holidays and children's parties; pen and card sets-namely, playing cards, score pad, and pen in classes 16, 28 |

3

| | | |
|---|---|---|
| | | For: Napkins; coasters; guest towels; table covers; doilies; place mats; party goods coordinated sets-namely, invitations and paper table settings, including table covers, napkins, and place cards; luncheon ensembles-namely, sets of luncheon napkins, beverage napkins and coasters; saucer mats; memorandum pads; score pads; address labels; booklets, such as memorandum, Christmas list record and address booklets; and scrap books, all made of paper in class 16<br><br>For: Party books, containing material concerning party themes, games, decorations and menus; recipe booklets; books, including poetry, biographies, quotations, children's books, and the like; and picture post cards in class 16<br><br>For: Bows and plastic bow pins; gift kits containing fabric, instructions for making bags, and similar articles in classes 21, 26<br><br>For: Cake decorations, such as figures, numerals, flowers, and the like; anniversary numerals-namely, decorative numerals for cakes, packages and centerpieces; home decorations, such as flowers and centerpieces; party favors and decorations; package decorations, all made of paper; gift kits; decorative wall plaques; paper party hats; and St. Patrick's day pins in classes 3, 6, 14, 16, 17, 19, 20, 21, 22, 24, 26, 27, 28 |
| 842,461 | *Hallmark* ® | For: Writing instruments-namely, pens and pencils in classes 16, 26, 27 |

| 821,931 | Hallmark | For: Puzzles in classes 16, 28 |
|---|---|---|
| 657,441 | Hallmark | For: Decorative gift wrapping paper, decorative note paper, albums in classes 16, 26, 27 |
| 654,790 | Hallmark | For: Christmas seals, decorative seals, gift tags and enclosure cards, door and window displays in the nature of cardboard signs sold as such for use on doors and in store windows and on counters, party invitations, birth announcements, calendars in classes 9, 16, 28 |

    b.  passing off, inducing, or enabling others to sell or pass off any product as Hallmark's genuine product or any other product produced by Hallmark, that is not Hallmark's or not produced under the authorization, control or supervision of Hallmark and approved by Hallmark for sale under HALLMARK Trademarks;

    c.  committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Hallmark, or are sponsored by, approved by, or otherwise connected with Plaintiff;

    d.  further infringing the HALLMARK Trademarks and damaging Hallmark's goodwill; and

    e.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Hallmark, nor authorized by Hallmark to be sold or offered for sale, and which bear any of Hallmark's trademarks, including the

5

HALLMARK Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Upon Hallmark's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), Walmart Inc. ("Walmart"), Etsy, Inc. ("Etsy"), and ContextLogic Inc. d/b/a Wish.com ("Wish.com"), (collectively, the "Third Party Providers") shall, within ten (10) business days of receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the HALLMARK Trademarks.

3. Under 15 U.S.C. § 1117(c)(2), Hallmark is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000).

4. Hallmark may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, Walmart, Etsy, and Amazon Pay, by e-mail delivery to the e-mail addresses Hallmark used to serve the Temporary Restraining Order on the Third Party Providers.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

6. All monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, and Amazon Pay, are hereby released to Hallmark as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, and Amazon Pay, are ordered to release to Hallmark the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

7. Until Hallmark has recovered full payment of monies owed to it by any Defaulting Defendant, Hallmark shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Amazon Pay, Esty, and DHgate, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, and Wish.com, Amazon Pay shall within seven (7) calendar days:

    a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases, Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Al Mauro, and any e-mail addresses provided for Defaulting Defendants by Third Party Providers;

    b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

      c.    release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to Hallmark as partial payment of the above-identified damages within seven (7) calendar days of receipt of this Order.

8.    In the event that Hallmark identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Hallmark may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Al Mauro and any e-mail addresses provided for Defaulting Defendants by third parties.

9.    The bond posted by Hallmark in the amount of $10,000 is hereby ordered released by the Clerk to Hallmark or Hallmark's counsel.

**This is a Final Judgment**.

SO ORDERED in No. 23-cv-00211.

Date: June 7, 2023

JOHN F. KNESS
United States District Judge

Hallmark Licensing, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 23-cv-00211

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | xldtex.en.alibaba.com | Shaoxing Keqiao Xinlida Textile Co., Ltd. |
| 2 | aliexpress.com/store/1101428234 | LANLOVE Store |
| 3 | aliexpress.com/store/1101839242 | LegendForever Store |
| 4 | aliexpress.com/store/1101300952 | Lu Ku Store |
| 5 | aliexpress.com/store/1101310047 | muke Store |
| 6 | aliexpress.com/store/1101925086 | Not Trend Do No Life Museum Store |
| 7 | aliexpress.com/store/1101786056 | SHIJIYINFAN FACTORY Store |
| 8 | aliexpress.com/store/1100358052 | Shop1100358051 Store |
| 9 | aliexpress.com/store/1101943559 | Shop912626752 Store |
| 10 | aliexpress.com/store/1102179246 | TEBAOLONG Store |
| 11 | aliexpress.com/store/1101346558 | XUE BI Store |
| 12 | amazon.com/sp?seller=A24KOE64YILMVF | A24KOE64YILMVF |
| 13 | amazon.com/sp?seller=A4TSQJAWGNT96 | A4TSQJAWGNT96 |
| 14 | amazon.com/sp?seller=A3DNZ6LVQAO4BA | anqingchengerxiaowangluokejiyouxiangongsi |
| 15 | amazon.com/sp?seller=AI8SSR96IP4TM | BAOLIXBBCang |
| 16 | amazon.com/sp?seller=A5Z73KO049WYU | bchd2dfghn |
| 17 | amazon.com/sp?seller=A1PL1J3OLPCWA7 | df123-e413 |
| 18 | amazon.com/sp?seller=A1XQZMB4MKZMNV | errou |
| 19 | amazon.com/sp?seller=A1UQUQZLZLLQO7 | FoShanShiXuDeChaoChuJuYouXianGongSi |
| 20 | amazon.com/sp?seller=AHHNXJFSXE01Y | fsetsrhgfngfcnbvc |
| 21 | amazon.com/sp?seller=APDTT16D1BRIA | geshidila |
| 22 | amazon.com/sp?seller=A4W6AS83ANCVR | greenhat-baby |
| 23 | amazon.com/sp?seller=A38HQLB71CY97O | GruiDa |
| 24 | amazon.com/sp?seller=A1FXB15SAQTR7F | guochuhang |
| 25 | amazon.com/sp?seller=A1A7QNWE401RBX | GuoKangKangdunwuwamhluo |
| 26 | amazon.com/sp?seller=A21B44AEIZOMIH | Haikoushiyiweilaishangmaoyouxiangongsi |
| 27 | amazon.com/sp?seller=A10SVLR7PUWX9Z | heilongjiangderenhjdashh |
| 28 | amazon.com/sp?seller=AB964BFY1K8L3 | Holiday Supplies US |
| 29 | amazon.com/sp?seller=A3KA7TZ8YOABX3 | huanghang |
| 30 | amazon.com/sp?seller=A3N94TZIL0BMTJ | huanghuashiyantingdianzishangwuyouxiangongsi |
| 31 | amazon.com/sp?seller=AQJ3Q4SL9ZGNH | Hu-cheng281 |
| 32 | amazon.com/sp?seller=A3897PI4FHHWL8 | JIAOZUOSHIQIFANGSHANGMAOYOUXIGONGSI |

| 33 | amazon.com/sp?seller=A1Q1N674IVI8U3 | jinghexinchenghaozailairiyongbaihuodian |
|---|---|---|
| 34 | DISMISSED | DISMISSED |
| 35 | amazon.com/sp?seller=A97CH76KH8BB9 | JUUOODV |
| 36 | amazon.com/sp?seller=ANUV37ZOIR3EC | KunMingZhouWeiSiYangDianZiShangWuYouXianGongSi |
| 37 | amazon.com/sp?seller=A2BAWVCZIK0X0S | kunmingzoulongfeidianzishangwuyouxiangongsi |
| 38 | amazon.com/sp?seller=A3FIH27OC8K3VJ | LiangWenBoLiangWenBo |
| 39 | amazon.com/sp?seller=A12QEZARYS6CPV | lihongxin1 |
| 40 | amazon.com/sp?seller=A2PT98X3FXFD9W | like-decore-House |
| 41 | amazon.com/sp?seller=A1TSN7A7MHISHW | lilongyang |
| 42 | amazon.com/sp?seller=A2Y8ZRSNNVPXB5 | lisalove |
| 43 | amazon.com/sp?seller=A3E5JVMLI5HN1A | LongfellowBONNIE |
| 44 | amazon.com/sp?seller=A2PLKVJHLKK356 | longmaoshangchengcheng |
| 45 | amazon.com/sp?seller=A2RPFVFEAHIAQ8 | LoVnely |
| 46 | amazon.com/sp?seller=A1XVTPUUQ7R3Y4 | ltsjus |
| 47 | amazon.com/sp?seller=A2IOMV42JB2ZRV | LWXD |
| 48 | DISMISSED | DISMISSED |
| 49 | DISMISSED | DISMISSED |
| 50 | amazon.com/sp?seller=A298E3524XLU86 | mongder |
| 51 | amazon.com/sp?seller=A1GF7TJZ91V8KC | Olijgsq |
| 52 | amazon.com/sp?seller=A1W2QCH7T5UTNT | Pa Ji Li |
| 53 | amazon.com/sp?seller=A3DHSF3C24RIJ7 | panhuibeimei |
| 54 | amazon.com/sp?seller=AYWGHN8NDZ7HO | Parkour Commerce |
| 55 | amazon.com/sp?seller=A2L9Z5ZR14QEJT | PITAYA-huolongguo |
| 56 | amazon.com/sp?seller=A1CUA1ZORXI9CU | PLMN-US |
| 57 | amazon.com/sp?seller=A21TKC1NVHO37U | Rs-Direct |
| 58 | amazon.com/sp?seller=A1O7YRY4NJ9RAJ | Ruifei509 |
| 59 | amazon.com/sp?seller=AKC3RJ9QZ25K6 | Ryan-us |
| 60 | amazon.com/sp?seller=AFBCFME5NT5QH | SAISHENSS |
| 61 | DISMISSED | DISMISSED |
| 62 | amazon.com/sp?seller=A2C279IOAOVI0V | shanxifengwangkejiyouxiangongsi333 |
| 63 | amazon.com/sp?seller=A2EK21SFM7ES5S | Shinohara backstreet |
| 64 | amazon.com/sp?seller=A1ABUX6TH1Q20R | Shinohara prince |
| 65 | amazon.com/sp?seller=A2LFA6K30PCKBE | Simoda Store |
| 66 | amazon.com/sp?seller=A22PTAYSGBYWUW | taiyuanshijuexidiwangluokejiyouxiangongsi |
| 67 | DISMISSED | DISMISSED |
| 68 | amazon.com/sp?seller=A3CWJBBBZS2XSW | tianyunqidexiaodian |
| 69 | amazon.com/sp?seller=A1RO97650AWPN0 | UFDFH |
| 70 | DISMISSED | DISMISSED |
| 71 | DISMISSED | DISMISSED |
| 72 | amazon.com/sp?seller=AUT0AGHT3C29E | WeiMan Qiu YouXianGongSi |
| 73 | DISMISSED | DISMISSED |

| | | |
|---|---|---|
| 74 | amazon.com/sp?seller=A1UEO44NYER251 | xingabc18 |
| 75 | amazon.com/sp?seller=A3K0DHNC9VHZGY | XRSGY |
| 76 | amazon.com/sp?seller=ACFL6K8DQ737Q | yangshiqidexiaodian |
| 77 | amazon.com/sp?seller=A95VY3FFJM73J | yanshubingdexiaodian |
| 78 | amazon.com/sp?seller=AVM7FE94FQ6JI | yiyueshangdian |
| 79 | amazon.com/sp?seller=A2LWP2V8NJGNS0 | Yu Rou Hang |
| 80 | DISMISSED | DISMISSED |
| 81 | amazon.com/sp?seller=A1R035PAF9HRIW | zhengzhouwuqikongjianjiajuyongpinyouxiangongsi |
| 82 | DISMISSED | DISMISSED |
| 83 | DISMISSED | DISMISSED |
| 84 | DISMISSED | DISMISSED |
| 85 | walmart.com/seller/101135036 | AOZWIN |
| 86 | walmart.com/seller/101182067 | ChenShiJiaYeShangMao(BeiJing)YouXianGongSi |
| 87 | DISMISSED | DISMISSED |
| 88 | walmart.com/seller/101197024 | guangzhoushizhentaojiajuyouxiangongsi |
| 89 | walmart.com/seller/101227226 | hefeibianwazaifuzhuangyouxiangongsi |
| 90 | walmart.com/seller/101214644 | hefeidiulunhulianwangkejiyouxiangongsi |
| 91 | walmart.com/seller/101241681 | HeFeiFeiNuWangLuoKeJiYouXianGongSi |
| 92 | walmart.com/seller/101227192 | hefeiniewangshoufuzhuangyouxiangongsi |
| 93 | DISMISSED | DISMISSED |
| 94 | walmart.com/seller/101184958 | LKDJR |
| 95 | walmart.com/seller/101185279 | ningbolianhongdianzishangwuyouxiangongsi |
| 96 | walmart.com/seller/101228476 | putianshichongyanmaoyiyouxiangongsi |
| 97 | DISMISSED | DISMISSED |
| 98 | walmart.com/seller/101175638 | RamBang |
| 99 | walmart.com/seller/101176650 | Rarewo |
| 100 | walmart.com/seller/101184959 | THRONWOLF |
| 101 | DISMISSED | DISMISSED |
| 102 | walmart.com/seller/101246017 | wuhanbixiangcishangmaoyouxiangongsi |
| 103 | walmart.com/seller/101241649 | XiaoXianERuoWangLuoKeJiYouXianGongSi |
| 104 | walmart.com/seller/101190642 | xiayixianjuyoujijiajuyongpinyouxiangongsi |
| 105 | walmart.com/seller/101232978 | xinxiangshishuaipushangmaoyouxiangongsi |
| 106 | walmart.com/seller/101255907 | ZAMON |
| 107 | wish.com/merchant/61a1dd142f368fa9ae8e847f | dsadsadsa668 |
| 108 | wish.com/merchant/5aeab76f6a75a4187c9f9058 | juezhantianliang |

11